1  Jennifer R. Schwartz, (WSBA #38388)
   WILDEARTH GUARDIANS
2  P.O. Box 13086
3  Portland, OR 97213
   Tel: (503) 780-8281
4  jschwartz@wildearthguardians.org
5
6  Talasi B. Brooks (ISB #9712) (*pro hac vice* application pending)
   WESTERN WATERSHEDS PROJECT
7  P.O. Box 2863
8  Boise ID 83701
   Tel: (208) 336-9077
9  tbrooks@westernwatersheds.org
10
11 Lauren M. Rule, (OSB #015174) (*pro hac vice* application pending)
   ADVOCATES FOR THE WEST
12 3701 SE Milwaukie Ave., Suite B
13 Portland, OR 97202
   Tel: (503) 914-6388
14 lrule@advocateswest.org
15
16       *Attorneys for Plaintiffs*
17
18            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF WASHINGTON
19

20  WILDEARTH GUARDIANS, WESTERN  )   Case Number: 2:20-cv-00223
21  WATERSHEDS PROJECT, and KETTLE )
    RANGE CONSERVATION GROUP,      )
22                                 )
23          Plaintiffs,             )   PROOF OF SERVICE OF
                                   )   SUMMONS AND COMPLAINT
24     v.                          )
25                                 )
26  U.S. FOREST SERVICE; GLENN     )
    CASAMASSA, Pacific Northwest   )
27  Regional Forester, U.S. Forest Service; )
28  RODNEY SMOLDON, Forest Supervisor, )


PROOF OF SERVICE                                                    1

1    Colville National Forest,                              )

2            Defendants.

3

4  I, Jennifer R. Schwartz, declare the following:

5        1. At the time of service I was at least 18 years of age and not a party to this
6
7  action.

8        2. On June 19, 2020 I served the Summons, Complaint and Civil Case Cover
9
10 Sheet on the following individuals and agencies at the following addresses:

11 Regional Forester Glenn Casamassa
12 Pacific Northwest Region, Forest Service
   1220 SW 3rd Avenue
13 Portland, Oregon 97204-3440

14
15 Supervisor Rodney Smoldon
   Colville National Forest
16 SW 765 South Main Street
17 Colville, WA 99114-2507

18
   U.S. Forest Service
19 Attn.: Chief Vicki Christiansen
   1400 Independence Ave.,
20 Washington, D.C. 20250

21
22 William Barr, United States Attorney General
   United States Department of Justice
23 950 Pennsylvania Ave., N.W.
24 Washington, D.C. 20530-0001

25
   Civil Process Clerk
26 United States Attorney's Office
27 Eastern District of Washington
   P.O. Box 1494
28 Spokane, WA 99210


PROOF OF SERVICE                                                                 2

1        3. I served the documents via certified U.S. mail, pursuant to Federal Rule of Civil Procedure 4(i).

      4. The return receipt shows that the Civil Process Clerk received Plaintiffs' Summons and Complaint on June 22, 2020.

      5.  I declare under penalty of perjury that this information is true and that this declaration was executed on July 6, 2020, in Portland, Oregon.

                    /s/ *Jennifer Schwartz*
                    Jennifer R. Schwartz

                    *Of Counsel for Plaintiffs*

PROOF OF SERVICE       3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, I electronically filed the foregoing Proof of Service of Summons and Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Jennifer Schwartz*
Jennifer R. Schwartz

*Of Counsel for Plaintiffs*