FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILDEARTH GUARDIANS; WESTERN WATERSHEDS PROJECT; and KETTLE RANGE CONSERVATION GROUP,<br><br>Plaintiffs,<br><br>v.<br><br>US FOREST SERVICE; GLENN CASAMASSA, Pacific Northwest Regional Forester; and RODNEY SMOLDON, Forest Supervisor,<br><br>Defendants. | NO: 2:20-CV-223-RMP<br><br>SCHEDULING ORDER |

A telephonic scheduling conference is set in this case for September 18, 2020. The parties filed a Joint Rule 26 Report pursusant to the Scheduling Conference Notice at ECF No. 9.

The parties submit that certain claims in this matter are governed by the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706 and that the matter most likely will be resolved through cross-motions for summary judgment. *Id* at 10.

SCHEDULING ORDER ~ 1

Also, the parties submit that proceeding with a scheduling conference is unnecessary and request that the Court strike the hearing. *Id*. at 12. The Court has reviewed the parties' Joint Status Certificate, ECF No. 13, and is fully informed.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The Telephonic Scheduling Conference set for September 18, 2020, is **STRICKEN**.

**2.** *Motion Practice*

(a) All parties shall adhere to LCivR 7.

(b) Motions to Expedite, if any, shall be filed separately and noted for hearing at least seven (7) days from the date of filing, pursuant to LCivR 7(i)(2)(C). If the matter needs to be heard on a more immediate basis, the party filing the motion shall advise chambers of such.

(c) All motions will be heard without oral argument unless oral argument is requested and approved by the Court. If oral argument is desired, the parties must contact the courtroom deputy to acquire a hearing date, s*ee* LCivR 7(i)(3)(B), and must advise the courtroom deputy why oral argument would be appropriate.

(d) All motion hearings in which oral argument has been approved shall be set for in-person appearance; however, the parties may request to appear telephonically or by video conference. **Speaker phones are not**

SCHEDULING ORDER ~ 2

**compatible with the Court's sound system and may not be used for telephonic hearings**.

(e) Notwithstanding the foregoing procedure, the Court may decide that oral argument is not warranted and proceed to determine any motion without oral argument. *See* LCivR 7(i)(3)(B)(iii).

3. *Administrative Record*

(a) On or before **October 30, 2020**, Defendants will certify and lodge the administrative record with the Court and serve the administrative record on Plaintiffs.

(b) Plaintiffs shall review the administrative record and the parties agree to confer at the earliest possible time to resolve any questions about the completeness of the administrative record to avoid the need for motion practice, if possible.

(c) If needed, Plaintiffs will file a motion to complete the administrative record no later than **December 4, 2020**.

4. *Schedule for Cross-Motions for Summary Judgment*

(a) If Plaintiffs do not file a motion to complete the administrative record, then the parties shall cross-move for summary judgment on the following schedule:

(i) Plaintiffs' opening brief in support of its motion for summary judgement shall be filed on or before **January 8, 2021**;

SCHEDULING ORDER ~ 3

(ii) Defendants' combined brief in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion for summary judgment shall be filed on or before **February 12, 2021**;

(iii) Plaintiffs' combined reply in support of their motion for summary judgment and brief in opposition to Defendants' cross-motion for summary judgment shall be filed on or before **March 5, 2021**; and

(iv) Defendants' reply in support of their cross-motion for summary judgment shall be filed on or before **March 26, 2021**.

(b) If Plaintiffs file a motion to complete the administrative record, the parties shall confer and submit a revised proposed schedule for summary judgment to the Court within seven (7) days after the Court has resolved Plaintiffs' motion.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this September 11, 2020.

                                                *s/ Rosanna Malouf Peterson*
                                            ROSANNA MALOUF PETERSON
                                                 United States District Judge