1  WILLIAM D. HYSLOP, United States Attorney
2  DEREK T. TAYLOR, Assistant United States Attorney
   United States Attorney's Office
3  Eastern District of Washington
4  920 West Riverside Avenue, Suite 340
   P.O. Box 1494, Spokane WA 99201
5  Tel: (509) 835-6319; Fax: (509) 835-6397
6  E-mail: DTaylor4@usa.doj.gov

7  JEAN E. WILLIAMS, Deputy Assistant Attorney General
8  MICHELLE M. SPATZ, Trial Attorney
   Wildlife & Marine Resources Section
9  EMMA HAMILTON, Trial Attorney
10 Natural Resources Section
   U.S. Department of Justice
11 Environment & Natural Resources Division
12 P.O. Box 7611, Ben Franklin Station
   Washington, D.C. 20044-7611
13 Tel: (202) 598-9741 (Spatz); (202) 305-0479 (Hamilton)
14 Fax: (202) 305-0275 (Spatz); (202) 305-0506 (Hamilton)
   E-mail: michelle.spatz@usdoj.gov; emma.hamilton@usdoj.gov
15
16 SHAUN M. PETTIGREW, Trial Attorney
   Natural Resources Section
17 c/o NOAA, Damage Assessment
   7600 Sand Point Way, NE
18 Seattle, WA 98115
   Phone: (206) 526-6881
19 shaun.pettigrew@usdoj.gov

20 *Attorneys for Federal Defendants*
21
22                   **UNITED STATES DISTRICT COURT**
23            **FOR THE EASTERN DISTRICT OF WASHINGTON**

24 WILDEARTH GUARDIANS,                Case No. 2:20-cv-00223-RMP
25 WESTERN WATERSHEDS PROJECT,
   and KETTLE RANGE                    **CERTIFICATION OF**
26 CONSERVATION GROUP;                 **DEFENDANT U.S. FOREST**
                                       **SERVICE'S ADMINISTRATIVE**
27                                     **RECORD**
            *Plaintiffs,*
28

*Declaration of Dori A. Abernathy*        -1-

v.

U.S. FOREST SERVICE; GLENN
CASAMASSA, Pacific Northwest
Regional Forester, U.S. Forest Service;
RODNEY SMOLDON, Forest
Supervisor, Colville National Forest;

     *Federal Defendants,*
 *and*

DIAMOND M RANCH, a Washington
General Partnership;

    *Defendant-Intervenor.*

**DECLARATION OF
DORI A. ABERNATHY**

I, Dori A. Abernathy, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am a Litigation and Freedom of Information Act/Privacy Act Support Specialist for the U.S. Department of Agriculture, U.S. Forest Service.  I have been employed by the Forest Service in this role since August 2016.

2. Under my direction and oversight, the U.S. Forest Service compiled and indexed the documents comprising three administrative records for the relevant agency actions challenged by Plaintiffs in their complaint: (1) the term grazing permit issued to Diamond M Ranch in April 2013 (labeled "2013 Grazing Permit" and bates numbered from DM 00001 – DM - 03409); (2) the 2019 revision of the Colville National Forest Land Management Plan (labeled "2019 Forest Plan" and bates numbered from FP 000001 – FP 147615); and (3) additional documents related to Plaintiff's claims asserting a failure to supplement under the National Environmental Policy Act (NEPA) and failure to

consult under Section 7 of the Endangered Species Act (ESA) (labeled "Additional Record Documents Related to NEPA Supplementation and ESA Consultation Claims" and bates numbered from AR 00001 – AR 01884).

3. The Administrative Records that will be served on the parties and lodged with the Court have been compiled in an electronic searchable format and will be indexed and filed separately on one thumb drive.

4. To the best of my knowledge and belief, the documents listed in each index are the materials that were considered, either directly or indirectly, by the relevant Forest Service officials in connection with the associated agency action.  In addition, each document in the record is a true and correct copy of an original document located in Forest Service files.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 29th day of October, 2020.

DORI A. ABERNATHY
Regional Litigation, FOIA, &
Privacy Act Support Specialist
U.S.D.A Forest Service
Pacific Northwest Region