AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 10, 2021**

SEAN F. McAVOY, CLERK

WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and KETTLE RANGE CONSERVATION GROUP, Plaintiffs, )
)
v. )
US FOREST SERVICE, GLENN CASAMASSA, Pacific Northwest Regional Forester, and RODNEY SMOLDON, Forest Supervisor, Defendants; and DIAMOND M RANCH, a Washington General Partnership, Defendant-Intervenor, )
)
)
)

Civil Action No.  2:20-CV-223-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Summary Judgment, ECF No. 29, is DENIED. The Federal Defendants' Cross-Motion for Summary Judgment, ECF No. 37, is GRANTED. Plaintiffs' NEPA and NFMA claims are DISMISSED WITHOUT PREJUDICE and Plaintiffs' ESA claim is DISMISSED WITH PREJUDICE. Judgment is entered in favor of the Federal Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Molouf Peterson   on motions for summary judgment.

Date:  9/10/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore