FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2021

SEAN F. McAVOY, CLERK

Jennifer R. Schwartz, (WSBA #38388)
WILDEARTH GUARDIANS
P.O. Box 13086
Portland, OR 97213
Tel: (503) 780-8281
jschwartz@wildearthguardians.org

Talasi B. Brooks, (ISB #9712) (admitted *pro hac vice*)
WESTERN WATERSHEDS PROJECT
P.O. Box 2863
Boise ID 83701
Tel: (208) 336-9077
tbrooks@westernwatersheds.org

Lauren M. Rule, (OSB #015174) (admitted *pro hac vice*)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave., Suite B
Portland, OR 97202
Tel: (503) 914-6388
lrule@advocateswest.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILDEARTH GUARDIANS, WESTERN WATERSHEDS PROJECT, and KETTLE RANGE CONSERVATION GROUP, <br><br> Plaintiffs, <br><br> v. <br><br> GLENN CASAMASSA, Pacific Northwest Regional Forester, U.S. FOREST SERVICE; RODNEY SMOLDON, Forest Supervisor, Colville National Forest, and U.S. FOREST | Case Number: 2:20-cv-00223-RMP <br><br> PLAINTIFFS' NOTICE OF APPEAL |

PLAINTIFFS' NOTICE OF APPEAL - 1

| | |
|---|---|
| SERVICE, | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| Diamond M Ranch, a Washington General Partnership, | ) |
| | ) |
| | ) |
|     Defendant-Intervenor. | ) |
| | ) |

Pursuant to 28 U.S.C. § 1291, plaintiffs WildEarth Guardians, Western Watersheds Project, and Kettle Range Conservation Group hereby give notice that they are appealing to the United States Court of Appeals for the Ninth Circuit from the District Court's Order (ECF No. 55) and Judgment (ECF No. 56), both dated September 10, 2021, as well as any or all issues or rulings adverse to plaintiffs that are antecedent to, or subsumed within, the foregoing judicial determinations in the above-caption action.

DATED this 8th day of November, 2021.   Respectfully submitted,

                                                                         s/ *Jennifer Schwartz*
                                                                          Jennifer R. Schwartz

                                                                          *Of Counsel for Plaintiffs\**

\*I hereby attest that all parties on whose behalf the filing is submitted concur in the filing's content.

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, plaintiffs submit the following Representation Statement.

**Plaintiffs are represented by:**

Jennifer R. Schwartz, (WSBA #38388)
WildEarth Guardians
P.O. Box 13086
Portland, OR 97213
Tel: (503) 780-8281
jschwartz@wildearthguardians.org

Talasi B. Brooks (ISB #9712) (admitted *pro hac vice*)
Western Watersheds Project
P.O. Box 2863
Boise ID 83701
Tel: (208) 336-9077
tbrooks@westernwatersheds.org

Lauren M. Rule, (OSB #015174) (admitted *pro hac vice*)
Advocates for the West
3701 SE Milwaukie Ave., Suite B
Portland, OR 97202
Tel: (503) 914-6388
lrule@advocateswest.org

**Federal Defendants are represented by:**

SHAUN M. PETTIGREW, Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

PLAINTIFFS' NOTICE OF APPEAL - 3

MICHELLE M. SPATZ, Trial Attorney
Wildlife & Marine Resources Section
EMMA HAMILTON, Trial Attorney
Natural Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741 (Spatz); (202) 305-0479 (Hamilton)
Fax: (202) 305-0275 (Spatz); (202) 305-0506 (Hamilton)
E-mail: michelle.spatz@usdoj.gov; emma.hamilton@usdoj.gov

**Defendant-Intervenor is represented by:**

CHRIS A. MONTGOMERY | WSBA #12377
MONTGOMERY LAW FIRM
287 E. Astor Avenue
P.O. Box 269
Colville, WA 99114
T: (509) 684-2519
F: (509) 684-2188
E-mail: mlf@cmlf.org

PLAINTIFFS' NOTICE OF APPEAL - 4